IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-21058
Conference Calendar
_____


JACKIE O. TEEL,

Plaintiff-Appellant,

versus

OFFICER BROCKENBUSH; OFFICER SCHRODER;
LIEUTENANT BAXTER,

Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-98-CV-1638
--------------------
April 12, 2000

Before WIENER, DeMOSS, and PARKER, Circuit Judges.

PER CURIAM:[*]

Jackie O. Teel (TDCJ # 611088) is BARRED from proceeding in forma pauperis (IFP) under the Prison Litigation Reform Act (PLRA), 28 U.S.C. § 1915(g), because, on at least three prior occasions while incarcerated, Teel has brought an action or appeal in a court of the United States that was dismissed as frivolous or for failure to state a claim upon which relief could

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

be granted.  See <u>Adepegba v. Hammons</u>, 103 F.3d 383, 385 (5th Cir. 1996); <u>Teel v. Collins</u>, No. 97-20165 (5th Cir. Sept. 19, 1997)(strike one); <u>Teel v. Parker County</u>, Nos. 95-10222 & 95-10466 (5th Cir. Dec. 19, 1995)(strikes two and three).

Accordingly, Teel's IFP status is DECERTIFIED, and he may not proceed IFP in any civil action or appeal filed while he is in prison unless he is under imminent danger of serious physical injury.  <u>See</u> § 1915(g).  The appeal is DISMISSED.

Teel has 15 days from the date of this opinion to pay the full appellate filing fee of $105 to the clerk of the district court, should he wish to reinstate his appeal.

IFP DECERTIFIED; APPEAL DISMISSED.